### 32723. RITCHIE v. THE STATE.

PER CURIAM.
The appellant has been convicted of distributing obscene materials in violation of Code Ann. § 26-2101. On appeal he raises issues identical to those raised in *Pierce v. State,* 239 Ga. 844 (1977), seeking to invoke this court's jurisdiction. Code Ann. § 2-3104. In that case it was found that no viable constitutional issue was presented to invoke this court's jurisdiction. Accordingly, this appeal will be transferred to the Court of Appeals for decision.
*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED SEPTEMBER 2, 1977 — DECIDED OCTOBER 21, 1977.

*Michael Clutter,* for appellant.
*Hinson McAuliffe, Solicitor, Leonard Rhodes, Richard E. Stark, Assistant Solicitors,* for appellee.